HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
DENNIS DWIGHT CATO. JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00059-JDP |
| Plaintiff, | **UNOPPOSED MOTION AND ORDER TO VACATE REVIEW/INITIAL PROBATION REVIEW HEARING AND REMAND PROBATION VIOLATION ALLEGATION** |
| vs. | |
| DENNIS DWIGHT CATO, JR., | |
| Defendant. | |

Comes Defendant, Dennis Cato, by counsel David Harshaw, and hereby requests that the review hearing in this case be vacated and that the defendant's probation be terminated.

Defendant makes this request for the following reasons:

On August 21, 2018, Defendant pled guilty to driving while his license was suspended for DUI. The Court sentenced Defendant in accord with the agreement of the parties: (1) twelve months of unsupervised probation; (2) obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law; (3) pay a $590.00 fine and a $10.00 special assessment.

A review hearing was set for July 17, 2018. Defendant did not attend. He had not paid his fine. A summons was issued. A review hearing was continued to August 23, 2018. It is uncertain if Defendant received the summons. On July 10, 2019, an affidavit of probation

-1-

violation was filed. The lone charge was failure to pay the fine and assessment. A summons was issued. Defendant received this summons through undersigned counsel. A review/initial probation revocation hearing was set for July 31, 2019. The fine and assessment have now been paid.

As of this date, Defendant has paid the entire amount of his fine and his assessment. He has no new law violations. Accordingly, Defendant requests that his July 31, 2019 review/initial probation review hearing be vacated. He also asks that this Court remand the allegation of probation violation.

The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 31, 2019          /s/ David Harshaw
                             DAVID HARSHAW
                             Assistant Federal Defender
                             Attorneys for Defendant
                             DENNIS DWIGHT CATO, JR.

/ / /

**O R D E R**

The court, being sufficiently advised, **ORDERS** that the Review/Initial Probation Review Hearing set for July 31, 2019 in Case No. 6:17-mj-00059-JDP be vacated. Further, the probation violation allegation is remanded.

IT IS SO ORDERED.

Dated:   July 31, 2019                    _____
                                          UNITED STATES MAGISTRATE JUDGE